## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00146-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT G. WALSH,

       Defendant,

---

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
---

       This matter is before the Court on the United States' Motion for Default Judgment.  Doc. 15. The Court, having reviewed the Motion, finds that it should be granted for the reasons stated therein. Accordingly, it is ORDERED as follows:

1. Defendant Robert G. Walsh has failed to appear, answer, or otherwise respond and is adjudged in DEFAULT; and

2. The Clerk shall enter default judgment in favor of the United States and against Defendant for the following:

    a. $106,062.58 in principal plus interest computed at the applicable note rate in the amount of $29,554.15, for a total of $135,616.73;

    b. Post-judgment interest at the current legal rate, compounded annually until paid in full; and

    c. a surcharge of 10% of the amount of the debt.

Dated this 19th day of April, 2016.

                                  By the Court:

_____
R. BROOKE JACKSON
United States District Judge